UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAZELLE TRANSPORTATION, LLC, | Case No. 1:21-cv-01199-JLT-BAK (SKO) |
| Plaintiff/Counter-Defendant, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| PEOPLENET COMMUNICATIONS CORPORATION, | (Doc. 20) |
| Defendant/Counter-Claimant. | |

On February 16, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 20.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 17, 2022**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE